Same case below, 124 Conn. App. 81, 4 A.3d 336.

**No. 10-1370. Thomas J. Wega, Petitioner v. Center For Disability Rights, Inc.**

565 U.S. 818, 132 S. Ct. 101, 181 L. Ed. 2d 29, 2011 U.S. LEXIS 6863.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 395 Fed. Appx. 782.

**No. 10-1373. Eliahu Yecheskel, et ux., Petitioners v. Bank of America Corporation, et al.**

565 U.S. 818, 132 S. Ct. 101, 181 L. Ed. 2d 29, 2011 U.S. LEXIS 6713.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 405 Fed. Appx. 738.

**No. 10-1374. Sabrina D. Davis, Petitioner v. Kia Motors America, Incorporated, et al.**

565 U.S. 818, 132 S. Ct. 101, 181 L. Ed. 2d 29, 2011 U.S. LEXIS 6725.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 408 Fed. Appx. 731.

**No. 10-1375. Vessie Lynn Lee, Petitioner v. Christopher B. Epps, Commissioner, Mississippi Department of Corrections.**

565 U.S. 818, 132 S. Ct. 101, 181 L. Ed. 2d 29, 2011 U.S. LEXIS 6714.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-1378. John Ellis, et al., Petitioners v. DHL Express Inc. (USA), et al.**

565 U.S. 818, 132 S. Ct. 102, 181 L. Ed. 2d 29, 2011 U.S. LEXIS 6619.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 633 F.3d 522.

**No. 10-1380. Carlos Rodriguez, et al., Petitioners v. BA Eola, LLC.**

565 U.S. 818, 132 S. Ct. 102, 181 L. Ed. 2d 29, 2011 U.S. LEXIS 6634.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 404 Fed. Appx. 418.